JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>5C RESTAURANTS LLC D/B/A LA SALSA PICO-SEPULVEDA; PICO-SEPULVEDA LIMITED PARTNERSHIP; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:20-cv-00363 MWF (Ex)**<br>Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

IT IS SO ORDERED.

DATED: July 2, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge